**Electronically Filed
Supreme Court
SCPW-20-0000615
30-NOV-2020
10:29 AM
Dkt. 29 ODMR**

SCPW-20-0000615

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ROLAND I. KEHANO, SR., Petitioner,

vs.

CIRCUIT COURT OF THE SECOND CIRCUIT, STATE OF HAWAIʻI;
HAWAIʻI PAROLING AUTHORITY, STATE OF HAWAIʻI, Respondents.

---

ORIGINAL PROCEEDING
(CAAP-20-0000587; CASE NO. 2PR191000002; CR. NO. 92-0560)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Morikawa, assigned by reason of vacancy)

Upon consideration of petitioner Roland I. Kehano, Sr.'s "Objection/Reconsideration", filed on November 23, 2020, which this court construes as a motion for reconsideration of the November 16, 2020 order denying the petition and motions,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, November 30, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Trish K. Morikawa

